UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **C'PRIEN CHRISTOPHER NICHOLAS** | **CIVIL ACTION** |
| **VERSUS** | **NO. 19-13247** |
| **SHERIFF DANIEL EDWARDS, ET AL.** | **SECTION: "I"(1)** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation[1] of the United States Magistrate Judge, and the objection[2] by plaintiff, C'Prien Christopher Nicholas, which is hereby **OVERRULED**, approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the defendants' motion[3] is **GRANTED** and that plaintiff's claims are **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 26th day of June, 2020.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] Rec. Doc. No. 27
[2] Rec. Doc. No. 30
[3] Rec. Doc. No. 12